UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| ARMANDO VIDES SERRANO,<br><br>Plaintiff,<br><br>v.<br><br>GRAND SIERRA RESORT, et al.,<br><br>Defendants. | CASE NO.: 3:12-CV-00149-RCJ-WGC<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #7) entered on March 1, 2013, in which the Magistrate Judge recommends that the Court enter an order denying Defendant's Motion to Dismiss (ECF #3), an order granting Plaintiff's Request to Proceed In Forma Pauperis (ECF #1) and the action be dismissed without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #7).

IT IS HEREBY ORDERED that Plaintiff's Request to proceed in forma pauperis (ECF #1) is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (ECF #3) is DENIED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 4th day of June, 2013.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE